IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00732-CMA-MJW

PILAR GLINISTY,

Plaintiff(s),

v.

IKON OFFICE SOLUTIONS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend Complaint, DN 16, filed with the Court on July 17, 2009, is GRANTED.  The tendered Second Amended Complaint and Jury Demand (Docket Number 16-2), is accepted for filing as of the date of this Minute Order.

Date:  July 21, 2009