IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00732-CMA-MJW

Pilar Glinisty, an individual,
Anastasia Glinisty, an individual, and
Roberto Ibarra,

    Plaintiffs,

v.

IKON Office Solutions, Inc.,

    Defendant

---

## ORDER ON STIPULATED MOTION
## TO AMEND SCHEDULING ORDER
( Docket No 31 )

THE COURT, having reviewed the parties' Stipulated Motion to Amend Scheduling Order, the file, applicable law, and having found good cause, HEREBY grants The motion (Docket No 31) And ORDERS:

1. The June 22, 2009 Scheduling Order is amended as follows:

    a. Amend 8.b., Discovery Cut-Off, to read: "February 22, 2010." The current deadline is December 22, 2009.

    b. Amend 8.c., Dispositive Motion Deadline, to read: "March 23, 2010." The current deadline is January 22, 2010.

    c. Amend 8.f., the deadline to serve Interrogatories, to "January 18, 2010." The current deadline is November 18, 2009.

    d. Amend 8.g., the deadline to serve requests for production and requests for admission, to "January 18, 2010." The current deadline is November 18, 2009.

2. The Final Pretrial Conference set on March 22, 2010, at 9:00 a.m., is VACATED and is RESET on _May 5, 2010 at 9:00 a.m.,_, in Courtroom A-502, Alfred A. Arraj, United States District Court, 901 19th Street, Denver CO 80294. Counsel to the parties are directed to teleconference and contact chambers to reschedule the March 22, 2010, Final Pretrial Conference.

Dated: _November 17_ 2009

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2