IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00732-CMA-MJW

Pilar Glinisty, an individual,
Anastasia Glinisty, an individual, and
Roberto Ibarra, an individual,

    Plaintiffs,

v.

IKON Office Solutions, Inc.,

    Defendant.

---

## ORDER ON JOINT MOTION
## TO STAY SCHEDULING ORDER DEADLINES
(Docket No. 49)

THE COURT, having reviewed the parties' Joint Motion to Stay Scheduling Order Deadlines and the file, HEREBY ORDERS that the motion is granted.

The Scheduling Order deadlines are stayed for a period of fourteen (14) days so the parties may memorialize settlement and dismissal of the claims in this lawsuit.

Dated: January 14TH 2010

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO