**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00732-CMA-MJW

PILAR GLINISTY, an individual,
ANASTASIA GLINISTY, an individual, and
ROBERTO IBARA,

    Plaintiffs,

v.

IKON OFFICE SOLUTIONS, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 52). The Court having considered stipulation and being fully advised, hereby

ORDERS that the above-captioned action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

DATED: February  05 , 2010

                                                BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Court Judge